NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASK SYDNEY, LLC,**
*Plaintiff-Appellant*

**v.**

**SNAP INC.,**
*Defendant-Appellee*

---

2024-1157

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-06298-MCS-BFM, Judge Mark C. Scarsi.

---

## JUDGMENT

---

ERIK LUND, DNL Zito, Washington, DC, argued for plaintiff-appellant. Also represented by JOSEPH J. ZITO.

EIMERIC REIG-PLESSIS, Winston & Strawn LLP, San Francisco, CA, argued for defendant-appellee. Also represented by KELLY CATHERINE HUNSAKER, Redwood City, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 15, 2025
Date

Jarrett B. Perlow
Clerk of Court